**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Sharon Michelle Stewart Phagan and Joe Dan Reece, Jr.,
Appellants,

In the interest of minors under the age of eighteen.

Appellate Case No. 2018-001152

———————————

Appeal From Spartanburg County
Debra A. Matthews, Family Court Judge

———————————

Unpublished Opinion No. 2019-UP-011
Submitted December 14, 2018 – Filed January 3, 2019

———————————

**AFFIRMED**

———————————

Rosalyn Henderson Myers, of Henderson Law Group, of
Spartanburg, for Appellant Sharon Michelle Stewart
Phagan.

John Brandt Rucker and Allyson Sue Rucker, both of
The Rucker Law Firm, LLC, of Greenville, for Appellant
Joe Dan Reece.

Kathryn J. Walsh, of the South Carolina Department of Social Services, of Spartanburg, for Respondent.

Wendy Nicole Griffith, of the Talley Law Firm, P.A., of Spartanburg, for the Guardian ad Litem for the minor children.

Cory Hughes, of Greenville, for the Guardian ad Litem for Appellant Sharon Michelle Stewart Phagan.

---

**PER CURIAM:** Sharon Phagan and Joe Reece, Jr., appeal the family court's final order terminating their parental rights to their minor children. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2018). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Phagan's counsel and Reece's counsel.

**AFFIRMED.**[1]

**LOCKEMY, C.J., and THOMAS and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.